UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELE NELSON, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAG PHARMACEUTICALS, INC.,<br><br>Defendant. | Case No. 2:20-cv-00089-WBS-DMC<br><br>**ORDER TRANSFERRING VENUE** |

Upon the joint motion of the parties for an Order transferring this action to the United States District Court for the District of New Jersey, and after due deliberation, it is hereby

**ORDERED**, that the motion is granted; and it is further

**ORDERED**, that the Clerk of the Court shall take all necessary steps to effect the transfer of this action to the United States District Court for the District of New Jersey; and it is further

**ORDERED**, that all deadlines previously established and extended are hereby stayed pending further Order of the transferee Court.

**Dated: February 21, 2020**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE